UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Woodruff-Roebuck Water District, | ) | C/A No. |
| | ) | |
| *Plaintiff,* | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Versus | ) | |
| | ) | |
| AFL Telecommunications, LLC; | ) | |
| AGC Chemicals Americas, Inc.; | ) | |
| Arkema, Inc.; | ) | |
| Clariant Corporation; | ) | |
| Corteva, Inc.; | ) | |
| Cryovac, Inc.; | ) | |
| Cryovac, LLC; | ) | |
| Daikin America, Inc.; | ) | |
| DuPont de Nemours, Inc.; | ) | |
| EIDP, Inc.; | ) | |
| GTI Chemical Solutions, Inc.; | ) | |
| GTI Chemical Solutions, LLC; | ) | |
| Huntsman International, LLC; | ) | |
| MOCOM Compounds Corporation; | ) | |
| Plastic Omnium Auto Exteriors, LLC; | ) | |
| Solvay Specialty Polymers USA, LLC; | ) | |
| Springs Industries, LLC; | ) | |
| Starchem, LLC; | ) | |
| The Chemours Company; | ) | |
| Toray Composite Materials America, Inc.; and | ) | |
| Waste Management of South Carolina, Inc., | ) | |
| | ) | |
| *Defendants.* | ) | |

I, the undersigned counsel, of the Hood Law Firm, LLC, for the Defendant EIDP, Inc. do hereby certify that on **August 15, 2025**, I have served counsel in this action with a copy of the pleadings herein below via E-Mail at the following address:

Pleadings:          Notice of Removal with associated documents for Removal

Parties served:

John B. White, Jr. (jwhite@johnbwhitelaw.com)
Marghretta H. Shisko (mshisko@johnbwhitelaw.com)
Christopher R. Jones (cjones@johnbwhitelaw.com)
Griffin L. Lynch (glynch@johnbwhitelaw.com)
JOHN B. WHITE, JR., P.A.
*Counsel for Plaintiff*

Adam W. Pittman (apittman@corywatson.com)
Hirlye Ray Lutz, III (rlutz@corywatson.com)
Hunter Michael Phares (hphares@corywatson.com)
Frank Jerome Tapley (jtapley@corywatson.com)
Brett Cooper Thompson (bthompson@corywatson.com)
Robert Akira Watson (awatson@corywatson.com)
CORY WATSON, P.C.
CORY WATSON, P.C.
*Counsel for Plaintiff*

Richard H. Willis (rwillis@williamsmullen.com)
John G. Tamasitis (jtamasitis@williamsmullen.com)
*Counsel for AFL Telecommunications, LLC*

Jennifer H. Thiem (jennifer.thiem@klgates.com)
Loly G. Tor (loly.tor@klgates.com)
K&L GATES, LLP
*Counsel for Cryovac, Inc. and Cryovac, LLC*

David R. Clarke (Dclarke0711@gmail.com)
*Counsel for GTI Chemical Solutions, Inc. and GTI Chemical
Solutions, LLC*

Kevin A. Dunlap (kevindunlap@parkerpoe.com)
Steven D. Weber (steveweber@parkerpoe.com)
PARKER POE ADAMS & BERNSTEIN LLP
*Counsel for MOCOM Compounds Corporation*

Elizabeth B. Partlow (beth@partlowlaw.com)
LAW OFFICES OF ELIZABETH B. PARTLOW, LLC
*Counsel for Plastic Omnium Auto Exteriors, LLC*

Bryan Barnes (bryan.barnes@rogerstownsend.com)
T. McRoy Shelley, III (roy.shelley@rogerstownsend.com)
ROGERS TOWNSEND, LLC
*Counsel for Springs Industries, Inc.*

Mary Katherine Stukes (marykatherinestukes@mvalaw.com)
Pierce Martin Werner (piercewerner@mvalaw.com)
MOORE & VAN ALLEN PLLC
*Counsel for Starchem, LLC*

Stephen Michmerhuizen (steve@coppedgefirm.com)
COPPEDGE, MICHMERHUIZEN, PASQUA
*Counsel for Starchem, LLC*

Jordan N. Teich (jteich@csvl.law)
Hannah E. Smith (hsmith@csvl.law)
COPELAND, STAIR, VALZ & LOVELL, LLP
*Counsel for Toray Composite Materials America, Inc.*

G. Wade Leach, III (wleach@burr.com)
Rik S. Tozzi (rtozzi@burr.com)
Ryan J. Hebson (rhebson@burr.com)
BURR & FORMAN
*Counsel for Waste Management of South Carolina, Inc.*

HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435/Facsimile: (843) 722-1630


*/s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com

and

SHOOK, HARDY & BACON L.L.P.
Brent Dwerlkotte (*pro hac vice forthcoming*)
2555 Grand Boulevard,
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: dbdwerlkotte@shb.com

*Counsel for Defendant EIDP, Inc.*

August 15, 2025
Charleston, South Carolina

3